UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

RICHARD TAFT

    Plaintiff

v

ADEKUNLE OLUWADARE

    Defendant.

Case No. 1:25-cv-01723-TWP-CSW

PLAINTIFF'S SECOND MOTION TO EXTEND DISCOVERY

Comes Now, Richard Taft, Plaintiff, pro se, Court grant an extension of 30 days deadline. In support of this motion states the following:

1. On April 23, 2026 Plaintiff served Defen

The Motion is **GRANTED** to the extent that the Discovery Deadline of August 19, 2026 (Dkt. 42) is extended by 30 days, up to and including **September 18, 2026.** No further extensions of the Discovery Deadline are anticipated.

Crystal S. Wildeman
U.S. Magistrate Judge
Date: July 29, 2026

Distributed via U.S. Mail to:

RICHARD TAFT
160110
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/ Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362
PRO SE